■ Douglas W. Miller, Appellant, v National Grange Mutual Insurance Company, Respondent. [650 NYS2d 1017] —Appeal from an order of the Supreme Court (Tait, Jr., J.), entered May 8, 1995 in Madison County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Albert E. Tait, Jr.

Mikoll, J. P., Casey, Yesawich Jr., Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, without costs.